IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01958-WDM-MEH

RACHEL AMBROSE,

    Plaintiff,

v.

ACE ADJUSTMENT CO., INC., d/b/a A-1 Collections, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2009.**

    Plaintiff's Motion for to File First Amended Complaint[1] [filed October 2, 2009; docket #7] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1)(A), the Plaintiff need not seek leave of court to file an amended complaint before being served with a responsive pleading.

---

[1] The Court notes that, on its face, the motion fails to comply with Fed. R. Civ. P. 5(d)(1) (certificate of service) and D.C. Colo. LCivR 7.1A (certificate of conferral). The Plaintiff is advised that she must comply with all federal and local court rules in this matter.