IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01958-WDM-MEH

RACHEL AMBROSE,

    Plaintiff,

v.

ACE ADJUSTMENT CO., INC., d/b/a A-1 Collections, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2009.**

    Plaintiff's Motion to Vacate Scheduling Order Dates [filed October 23, 2009; docket #11] is **granted in part and denied in part**. The Scheduling Conference currently set for November 9, 2009, at 9:15 a.m. is hereby converted to a Status Conference, at which the parties will discuss the status and progression of the case. The conference will take place in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. Counsel for the parties may appear at the conference by telephone by first conferencing together then calling my Chambers at (303) 844-4507 at the appointed time.

    The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.